**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 00-2413 JMR/FLN**

---

Daniel Gonzalez,
Teresa Friedl and
David Friedl,

Plaintiffs,

-vs **[redacted] ORDER**

Premier Auto Finance, Limited Partnership,

Defendant.

---

The above-referenced matter came before The Honorable Magistrate Judge upon the motion Plaintiffs' Motion to Amend the Scheduling Order to Extend the Deadline for Amending the Complaint to Add a Claim for Punitive Damages.

Thomas J. Lyons, Jr., Esq. appeared on behalf of the Plaintiffs and Brian Wood, Esq. appeared on behalf of Defendants.

The Court having heard the arguments of counsel, being fully advised in the premises and upon all the files, records and proceedings herein, IT IS HEREBY ORDERED, that Plaintiffs' Motion to Extend the Deadline for Amended the Complaint to Add a Claim for Punitive Damages to November 15, 2001, is **GRANTED**.

DATED: 10/29/01

Franklin L. Noel, Magistrate Judge
United States District Court

OCT 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK