**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 00-2413 JMR/FLN**

---

Daniel Gonzalez,
Teresa Friedl and
David Friedl,

Plaintiffs,

-vs **~~PROPOSE~~D ORDER**

Premier Auto Finance, Limited Partnership,

Defendant.

---

The above-referenced matter came before The Honorable Magistrate Judge upon the motion Plaintiffs' Motion to Compel the Deposition of Mr. Kowalski.

Thomas J. Lyons, Jr., Esq. appeared on behalf of the Plaintiffs and Brian Wood, Esq. appeared on behalf of Defendants.

The Court having heard the arguments of counsel, being fully advised in the premises and upon all the files, records and proceedings herein, IT IS HEREBY ORDERED, that Plaintiffs' Motion to Compel the Deposition of Mr. Kowalski is GRANTED.

DATED: 11/26/01

Franklin L. Noel, Magistrate Judge
United States District Court

NOV 27 2001

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500