UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2413(JMR/FLN)

| | | |
|---|---|---|
| Daniel Gonzalez, Teresa Friedl and David Friedl | ) | |
| v. | ) | ORDER |
| Premier Auto Finance, Limited Partnership | ) | |

This matter is before the Court on defendant's motion for summary judgment and plaintiffs' motion to amend their complaint to include punitive damages. The Court heard oral argument on December 7, 2001.

Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

1. Defendant's motion is denied. [Docket No. 23.]
2. Plaintiffs' motion is denied without prejudice. [Docket No. 32.]

Dated: December 12th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
DEC 17 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS