UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Daniel Gonzalez, Teresa Friedl and David Friedl,

Plaintiffs,

v.

Premier Auto Finance, Limited Partnership,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Court File No. 00-2413 (JMR/FLN)

---

IT IS HEREBY STIPULATED AND AGREED by the parties hereto as follows:

The claims of the plaintiff [redacted] against defendant Premier Auto Finance are hereby dismissed with prejudice and on the merits, but without costs, expense, or disbursements to any of the parties and the parties hereby stipulate and agree that the Court should enter an Order of Dismissal with Prejudice and on the merits, but without costs of said claims.

CONSUMER JUSTICE CENTER, P.A.

By______________________
Thomas J. Lyons, Jr.(249646)
Attorneys for Plaintiffs
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

Dated: January 28, 2002

THOMAS J. LYONS & ASSOCIATES, P.A.

By______________________
Thomas J. Lyons (65699)
Attorney for Plaintiffs
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

Dated: 1 . 31, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By______________________
Brian A. Wood (141690)
Steven R. Kluz, Jr. (286588)
Attorneys for Defendant
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
Telephone: (612) 340-7970/340-7904

Dated: 1-24-02, 2002

FEB 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D FEB 08 2002
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED:

The claims of the plaintiff David Friedl against defendant Premier Auto Finance are hereby dismissed with prejudice and on the merits, but without costs, expense or disbursements to any of the parties hereto; and

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: February 8th, 2002

Chief Judge James M. Rosenbaum
United States District Court