UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Gonzalez, Teresa Friedl and David Friedl,

Plaintiffs,

vs.

Premier Auto Finance, Limited Partnership,

Defendant.

Court File No.: 00-2413 (JMR/FLN)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

The above-entitled action having been fully, finally, and completely compromised between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, that the claims of the plaintiff, Daniel Gonzalez against Premier Auto Finance are hereby dismissed with prejudice, in its entirety and on the merits and without costs and disbursements to any party, and that the parties to this stipulation may apply to the court pursuant to this stipulation for an order directing that a judgment of dismissal of all claims be entered accordingly.

Dated: 2/11, 2003.

THOMAS J. LYONS & ASSOCIATES, P.A.

Thomas J. Lyons (#65699)
Attorneys for Plaintiff Gonzalez
342 East County Road D
Little Canada, MN 55117
651-770-9707

FILED FEB 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 24 2003
DEPUTY CLERK

Dated: 2-14, 2003.

Lind, Jensen, Sullivan & Peterson
A Professional Association

Brian A. Wood (#141690)
Attorneys for Defendant
150 South Fifth Street, Suite 1700
Minneapolis, Minnesota 55402
(612) 333-3637

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation of Dismissal, it is hereby ordered that any and all claims of Daniel Gonzalez against defendant Premier Auto Finance in this matter are hereby dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 18, 2003.

BY THE COURT:

Chief Judge James M. Rosenbaum
United States District Court